JAMAICA INVESTORS, INC., Landlord, Appellant, *v.* PAUL BLACHARSH, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, January 27, 1949.

*Harry J. Halperin, Samuel L. Scholer* and *Lawrence H. Rosenthal* for appellant.

*James V. Masone* for respondent.

*Per Curiam.* Upon the termination of the written lease the tenant became a statutory tenant and the clause in the lease by which he waived a jury trial was carried over and projected into the statutory tenancy. (*Parkwest Realty Corp.* v. *Kenny,* N. Y. L. J., Jan. 26, 1948, p. 321, col. 7 [App. Term, 2d Dept.]; *Glassberg* v. *Trachtenberg,* N. Y. L. J., Feb. 2, 1948, p. 421, col. 3 [App. Term, 2d Dept.]; *130 West 57 Corp.* v. *Hyman,* 188 Misc. 92; *Continental Merchandise Co.* v. *Harris,* 76 N. Y. S. 2d 613 [App. Term. 1st Dept.]; *Schultz* v. *Wietchner,* 271 App. Div. 971.)

The final order should be vacated and intermediate order unanimously reversed on the law and new trial granted, with $30 costs to the landlord to abide the event, and the motion to strike the proceeding from the jury calendar granted.

STEINBRINK, FENNELLY and FROESSEL, JJ., concur.

Ordered accordingly.